# In The United States Court of Federal Claims

RECEIVED
OVER THE COUNTER
NOV 9 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

ZORAIDA GONZALEZ, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-790 C

Name of the attorney of record: [See RCFC 83.1(c)] Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box:

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 296-1798 (202) 296-7220 fax

E-mail address: chouse@bernstein-lipsett.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A R

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

ALPHABETIZED, NUMBERED LIST OFPLAINTIFFS

1. ZORAIDA GONZALEZ

2. DENISE L. JORDAN