# In the United States Court of Federal Claims

No. 07-790 C

(Filed: March 5, 2008)

ZORAIDA GONZALEZ, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Joint Preliminary Status Report of the parties, which was filed on March 3, 2008. The court will hold a telephonic status conference with the parties on Thursday, March 27, 2008 at 1:30 pm EDT to discuss further proceedings in the case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge