IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZORAIDA GONZALEZ, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-790C |
| | ) | (Judge Emily C. Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MORE DEFINITE STATEMENT OF CLAIM**

Pursuant to the Court's Scheduling Order dated March 28, 2008, plaintiffs submit herewith a more definite statement of their claims relating to their home/work driving of government vehicles:

> Plaintiffs seek back pay and liquidated damages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., for the time they have spent and continue to spend driving government vehicles between their homes and various locations which defendant has deemed, and continues to deem, necessary for the purpose of plaintiffs conducting their work on various criminal cases to which they have been assigned by defendant.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: April 2, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 2nd day of April 2008, a copy of the foregoing "PLAINTIFFS' MORE DEFINITE STATEMENT OF CLAIM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**