# In the United States Court of Federal Claims

No. 07-790 C

(E-Filed: April 30, 2008)

ZORAIDA GONZALEZ, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

In its Order filed March 28, 2008, the court scheduled a telephonic status conference (TSC) with the parties for Thursday, May 15, 2008 at 2:00 p.m. EST. See Order of Mar. 28, 2008. Due to a scheduling conflict, the TSC will now be held on Tuesday, May 20, 2008 at 2:00 p.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge