IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZORAIDA GONZALEZ, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-790C |
| | ) | (Judge Emily C. Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE "DRIVING TIME" ISSUE**

OF COUNSEL:
Linda Lipsett

Jules Bernstein
Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile
Counsel of Record

**Filed electronically**

Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Counsel for Plaintiff

July 31, 2008

# INDEX TO PLAINTIFFS' APPENDIX


| | | Page |
|---|---|---|
| Exhibit 5 | DEA Forms 349 C re Denise Jordan | 1-103 |
| Exhibit 6 | 41 C.F.R. § 102-5 Home-to-Work Transportation | 104-106 |
| Exhibit 7 | DEA Order 04-A-12 Subject: Home to Work Usage of OGVs (5/6/04) | 107-108 |
| Exhibit 8 | Excerpts from DEA Agent's Manual | 109-130 |
| Exhibit 9 | Excerpts from DEA Appendix A | 131-133 |
| Exhibit 10 | July 3, 2006 Memorandum to All Employees from Michele M. Leonhart, Deputy Administrator - Subject - Use of Official Government Vehicles (DFN: 060-01) | 134-135 |
| Exhibit 11 | DEA Standards of Conduct | 136-158 |
| Exhibit 12 | August 3, 2001 Memorandum to Special Agents in Charge Diversion Program Managers from Joseph D. Keefe, Chief of Operations - Subject - Diversion Control Program (FFS: 060-01); September 3, 2004 Memorandum to special Agents in Charge Diversion Program Managers from W. Michael Furgason, Sr., Chief of Operations - Subject - Submission of DEA Form 349C for Diversion Investigators (FFS: 060-01) | 159-164 |
| Exhibit 13 | Administrative Manual - Subchapter 032 Property (Motor Vehicles) | 165-172 |
| Exhibit 15 | § 1344. Passenger Carrier Use | 173-177 |
| Exhibit 16 | § 1349. Adverse Personnel Actions | 178 |
| Exhibit 17 | Deposition of Gary L. Boggs, dated July 17, 2008 | 179-207 |
| Exhibit 18 | Errata Sheet and Authentication of Signature of Gary L. Boggs, dated July 23, 2008 | 208-209 |

# ıorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | May 12, 2004 |

To

Asso. SAC Wilbert L. Plummer

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From

Denise Jordan

D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 14, 2004 to May 21, 2004 for the purpose of

(give statement of field work assignment) To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~2040D~~ 0240D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 5-12-04

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:** ? AGS GILLEN 12/7/04

Beginning Odometer Reading: 34,182 Ending Odometer Reading: ____

Total Miles Driven: ____

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
D/I Denise Jordan
(Employee's Signature and Title/Position) (Date) June 1, 2004

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version



EXHIBIT Plaintiff's 5
PENGAD 800-631-6989

DEA-349-Jordan- 001

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 05-18-2004 |

To
Wilbert L. Plummer, Assoc SAC
☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 22, 2004 to June 4, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033. To conduct a scheduled regulatory investigation C1-04-2022.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~20400~~ 02400

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 5-21-04 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,182 Ending Odometer Reading: 34,182

Total Miles Driven: 0

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

? AGS GILLEN 11/29/04

D/I Denise Jordan
(Employee's Signature and Title/Position) 6/4/04 (Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | June 1, 2004 |

To Wilbert Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 4, 2004 to June 14, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

JDB
MB

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~2040D~~ 0240D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 6-2-04 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,182 Ending Odometer Reading: 34,554

Total Miles Driven: 372

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan
(Employee's Signature and Title/Position) 6/14/04 (Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | June 8, 2004 |

To

Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From

D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 15, 2004 to June 28, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

SDB Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-2040D 02400

I certify that this home-to-work utilization is required for the performance of field work.

6/16/4

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,554 Ending Odometer Reading: ______

Total Miles Driven: ______

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | June 22, 2004 |

To Wilbert Plummer, Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan

D/I Denise Jordan
Group D-61

. Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 28, 2004 to July 6, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

SDB

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~2040D~~ 02400

---

I certify that this home-to-work utilization is required for the performance of field work.

Acting Assoc. SAC
(Signature and Title of Authorizing Official)

6/22/04
(Date)

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,575 Ending Odometer Reading: 34,645

Total Miles Driven: 70

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan
(Employee's Signature and Title/Position)

7/6/04
(Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | June 30, 2004 |

To
Wilbert Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 7, 2004 to July 19, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

SDB
AG, M10PM

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~20400~~ 02400

I certify that this home-to-work utilization is required for the performance of field work.

_______________ 7-8-04
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,645 Ending Odometer Reading: 34,929
Total Miles Driven: 284

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan 7/19/04
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

Subject
Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09)

Date
July 15, 2004

To Wilbert Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 20, 2004 to August 2, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

SDB

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-2~~940D~~ 02400

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 7.19.04

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 34,929 Ending Odometer Reading: 35,132

Total Miles Driven: ******

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 8/2/04

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 8-3-04 |

To Wilbert Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 3, 2004 to August 17, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~2040D~~ 02400

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 8/4/04 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 35,132 Ending Odometer Reading: 35,160

Total Miles Driven: 28

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan D/I
*(Employee's Signature and Title/Position)* 08/17/04 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 08-12-2004 |

To
Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 17, 2004 to August 30, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~20~~ 02 10D

I certify that this home-to-work utilization is required for the performance of field work.

______________________ 8-17-04
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 35,160 Ending Odometer Reading: 35270

Total Miles Driven: 110

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I 08/30/04
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version



DEA-349-Jordan- 009

# Memorandum

Subject
Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09)

Date
03-25-2004

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 31, 2004 to September 13, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

WWG Acting Group Supervisor for SJB

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-2040D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 8·27·04

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 35,270 Ending Odometer Reading: 35,274

Total Miles Driven: 4

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)* *(Date)* 09/13/04

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 09-21-2004 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 27, 2004 to October 11, 2004 for the purpose of *(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

SDB

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~20~~ 02 40D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 9-21-04

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 35,274 Ending Odometer Reading: ________

Total Miles Driven: ________

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* *(Date)* 11/11/04

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 10-21-2004 |

To

Wilbert Plummer,
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From

Denise Jordan

D/I Denise Jordan
Group D-61

AG, 410PM

SDB 10/29/04

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 4, 2004 to November 8, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~2046D~~ 0246

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 11-01-04

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 35,374 Ending Odometer Reading: 35,390

Total Miles Driven: 16

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I

*(Employee's Signature and Title/Position)* *(Date)* 11/8/04

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-04-2004 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 8, 2004 to November 22, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-99-~~20~~02 40D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 11-9-04

TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:

Beginning Odometer Reading: 35,390 Ending Odometer Reading: 35,853

Total Miles Driven: 463

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 11/22/04

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-22-2004 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From D/I Denise Jordan
Group D-61

AGS DJ.G, D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 22, 2004 to December 3, 2004 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates and service of Grand Jury Subpoenas under C1-C2-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official)    11.23.04 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 2,297    Ending Odometer Reading: 2457

Total Miles Driven: [redacted] 160

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan (Employee's Signature and Title/Position)    12/3/04 (Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 12-02-2004 |

To Wilbert Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

AGS DJG D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 3, 2004 to December 10, 2004 for the purpose of *(give statement of field work assignment)* To conduct chemical verifications on targets and associates and service of Grand Jury Subpoenas under C1-02-2097 and C1-03-2033.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 12/7/4 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 2,457 Ending Odometer Reading: 2,754

Total Miles Driven: ~~[illegible]~~ 297

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I ~~AGS David [illegible]~~ / ~~[illegible]~~ 12/10/04 ~~[illegible]~~

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 12-09-2004 |

To
Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 10, 2004 to December 23, 2004 for the purpose of *(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-02-2097 and C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359 and GFC1-05-9006.

AGS DAN G. D-61

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*    12-10-04 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 2,754    Ending Odometer Reading: 2984

Total Miles Driven: 230

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
*(Employee's Signature and Title/Position)*    12/23/04 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-31-2005 |

To
Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

GS DJG. D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 31, 2005 to February 11, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-03-2033 (PAB1D) and to conduct regulatory and pre-registration investigations.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 1-31-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 3,011 Ending Odometer Reading: 3100

Total Miles Driven: 89

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI
*(Employee's Signature and Title/Position)* 02/11/05 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 02-10-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 11, 2005 to February 25, 2005 for the purpose of

GIS DJG. 2/16/05

*(give statement of field work assignment)* To conduct chemical verifications on target and associates under C1-03-2033 [redacted] and to conduct regulatory and pre-registration investigations.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 2-14-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 3,100 Ending Odometer Reading: 3230

Total Miles Driven: 130

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, D/I
*(Employee's Signature and Title/Position)* *(Date)* 02/25/05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 02-24-2005 |

To: Wilbert Plummer
Associate SAC

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From: D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 25, 2005 to March 11, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9[illegible].

GS
DJG
D-61

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 2-28-05

TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:

Beginning Odometer Reading: 3,230 Ending Odometer Reading: ____

Total Miles Driven: ~~3,230~~

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 03-10-2005 |

To Wilbert Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

DJ6. / GIS D-61 3/10/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 11, 2005 to March 25, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

3/10/ 
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 3,300 Ending Odometer Reading: 3,600

Total Miles Driven: 300

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, D/I 03/25/2005
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice — Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 03-24-2005 |

To: Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From: D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 26, 2005 to April 8, 2005 for the purpose of *(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

By A65 3-24-05

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 3.24.05

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 3,600 Ending Odometer Reading: 4,100

Total Miles Driven: ~~[illegible]~~ 500

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

*(Employee's Signature and Title/Position)* Denise Jordan *(Date)* 04/6/05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 04-06-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From D/I Denise Jordan
Group D-61

NWB G/S Dan M. ... 4-6-05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 8, 2005 to April 22, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 4-8-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 4,100 Ending Odometer Reading: 4,450

Total Miles Driven: 350

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 04/21/05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5:2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 04-21-2005 |

To Wilbert Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 22, 2005 to May 6, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

C/S DANIEL GILLEN 4/21/05

A.6 A10PM 4/21/05

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 4-22-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 4,450 Ending Odometer Reading: 4,830

Total Miles Driven: ~~4,450~~ 380

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I (Employee's Signature and Title/Position) (Date) 05/05/05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 05-03-2005 |

To Wilbert Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

GIS DJG 5/3/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 6, 2005 to May 20, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

5/3

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 4,834 Ending Odometer Reading: 5,100

Total Miles Driven: 266

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I 05/20/2005

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 05-19-2005 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From D/I Denise Jordan
Group D-61

G/S DJG: 5/19/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 20, 2005 to May 28, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033. To conduct pre-registration investigations under GFC1-05-9359.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

_(Signature and Title of Authorizing Official)_ — _(Date)_ 5-19-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 5,104 Ending Odometer Reading: ____________

Total Miles Driven: [illegible]

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

_(Employee's Signature and Title/Position)_ — _(Date)_ 05/27/05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 05-26-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

A/GS
✓ Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 29, 2005 to June 11, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 5-26-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 5,330 Ending Odometer Reading: 5,414

Total Miles Driven: ~~5,310~~

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
(Employee's Signature and Title/Position)

06/09/05
(Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 06-09-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

DJG/GS D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 12, 2005 to June 26, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 6.13.05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 5,414 Ending Odometer Reading: 5604

Total Miles Driven: 190

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 6-26-05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 06-23-2005 |

To Wilbert Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 26, 2005 to July 9, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 6-27-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 5,604 Ending Odometer Reading: ______

Total Miles Driven: [redacted]

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 07-08-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 10, 2005 to July 23, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

A/DPM
7/8/07

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 7-8-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,104 Ending Odometer Reading: 6,300

Total Miles Driven: 196

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/IT
*(Employee's Signature and Title/Position)* *(Date)* 07-25-05

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 07-25-2005 |

To Wilbert L. Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

GS D-61 DJG- 7/24/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 24, 2005 to August 6, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*    7/26/05 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,300    Ending Odometer Reading: 6,390

Total Miles Driven: 90

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, D/I *(Employee's Signature and Title/Position)*    08/05/2005 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 08-05-2005 |

To
Wilbert L. Plummer
Associate SAC
☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

GIS DJG 8-8-05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 7, 2005 to August 20, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 8-10-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,390 Ending Odometer Reading: 6,510

Total Miles Driven: ~~6,390~~ 120

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan 08/19/05
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 08-19-2005 |

To Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

O.K. G/S DJG 8/19/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 21, 2005 to September 3, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles  OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*  9.26.08 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,510  Ending Odometer Reading: 6,634 [redacted]

Total Miles Driven: [redacted] 124

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan
*(Employee's Signature and Title/Position)*  09/04/05 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version



DEA-349-Jordan- 032

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 09-01-2005 |

To
Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 5, 2005 to September 19, 2005 for the purpose of

*(give statement of field work assignment)* To conduct chemical verifications on targets and associates under C1-03-2033 [redacted] and pharmacy investigation under C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*    9/8/05 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,634    Ending Odometer Reading: 6,980

Total Miles Driven: 346

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)*    9/19/05 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 08-24-2005 |

To: Wilbert L. Plummer
Associate SAC

From: Denise Jordan
D/I Denise Jordan
Diversion Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

G/S
DJG.
D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 19, 2005 to 10/02 DJG ~~September 31~~, 2005 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-04-2063 [redacted] GFC1-05-9098 [redacted] and GFC1-05-9097 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Steet
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

9/21/5 ______________________ (Signature and Title of Authorizing Official)    9/21/05 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 6,980    Ending Odometer Reading: 7250

Total Miles Driven: 270

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I (Employee's Signature and Title/Position)    09/30/05 (Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 09-30-2005 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 2, 2005 to October 17, 2005 for the purpose of *(give statement of field work assignment)* Field Work For: C1-C3-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 9-3-

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 7,250 Ending Odometer Reading: 7,450

Total Miles Driven: 200

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)*

10/17/05
*(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 10-17-2005 |

To

Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From

Denise Jordan

D/I Denise Jordan
Group D-61

DJG/GLS 10/17/05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 17, 2005 to October 31, 2005 for the purpose of *(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted].

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles     OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*     *(Date)* 10/17/05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 7,450     Ending Odometer Reading: 7,768

Total Miles Driven: 318

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI     10/31/05

*(Employee's Signature and Title/Position)*     *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 10-31-2005 |

To Wlbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

G/S DJG. 10-31-05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 1, 2005 to November 14, 2005 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] I C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted].

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 10-31-05
*(Date)*

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 7,768 Ending Odometer Reading: 8010

Total Miles Driven: 242

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* 11-15-2005
*(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-15-2005 |

59-A65

To Wilbert Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 14, 2005 to November 28, 2005 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 11-15-05

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,010 Ending Odometer Reading: 8,200

Total Miles Driven: ~~8,010~~ 190

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

NT Denise Jordan
(Employee's Signature and Title/Position) (Date) 11/28/2005

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-28-2005 |

To Wilbert L. Plummer
Associate SAC

From [signature]
D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

G/S 11/28/05 DJG

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 28, 2005 to December 12, 2005 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 11/30/05
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,200 Ending Odometer Reading: 8,300

Total Miles Driven: 100

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

DI Denise Jordan 12/12/2005
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 12-12-2005 |

To
Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

G/S DJL 12/12

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 13, 2005 to December 27, 2005 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 12/12 *(Date)*

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,300 Ending Odometer Reading: 8,350

Total Miles Driven: 50

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

X Denise Jordan, D/I
*(Employee's Signature and Title/Position)*

12/27/06
*(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 12-19-2005 |

To
Wilbert L. Plummer
Associate SAC
☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

SMB 12/19/05
BY 12-9-05

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 27, 2005 to January 9, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*    12-19-05 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,350    Ending Odometer Reading: 8500

Total Miles Driven: ~~[illegible]~~ 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)*    01-09-2006 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-09-2006 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 9, 2006 to January 23, 2006 for the purpose of

WLP

GLS
DJG
1/9/06

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

WLP _______________ 1/9/06

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,500 Ending Odometer Reading: 8,700

Total Miles Driven: ~~9,500~~ 200

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan _______________ 01/23/2006

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-23-2006 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

AWP
G/S
DJG
1/23/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 23, 2006 to February 6, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 1/23/06

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,700 Ending Odometer Reading: 8,850

Total Miles Driven: ~~[illegible]~~ 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* *(Date)* 02/06/2006

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 02-06-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan, D/I

D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

SMB, A/DPM 2/6/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 6, 2006 to February 20, 2006 for the purpose of

GJS DTG 2-6-06

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-02-2097 [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 2/7/7

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 8,850 Ending Odometer Reading: 9,000

Total Miles Driven: ~~0,250~~ 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan 02/20/2006

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 02-16-2006 |

To Wilbert Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 20, 2006 to March 6, 2006 for the purpose of *(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 2-17-06 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 9,000 Ending Odometer Reading: 9,300

Total Miles Driven: 300

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan *(Employee's Signature and Title/Position)* 03/07/06 *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 03-07-2006 |

To: Wilbert L. Plummer, Associate SAC

From: D/I Denise Jordan, Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 7, 2006 to March 20, 2006 for the purpose of *(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

G/S DJG 3/7/06

Home Address: (No., Street, City & State) 68-19 Nansen Street, Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

3/7/6

*(Signature and Title of Authorizing Official)*    *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 9,300    Ending Odometer Reading: 9,500

Total Miles Driven: ~~9,300~~ 200

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

D/I Denise Jordan    08/20/2006

*(Employee's Signature and Title/Position)*    *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 03-20-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 21, 2006 to April 3, 2006 for the purpose of

GIS DJG 3/20/06

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 3-20-06
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 9,500 Ending Odometer Reading: 9950

Total Miles Driven: ~~9,500~~ 450

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I 04/03/06
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 04-03-2006 |

JNB, A, 4/4/06
ABS
BJ 4-3-06

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 3, 2006 to April 17, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015, [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 4-4-06
(Signature and Title of Authorizing Official) (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 9,950 Ending Odometer Reading: 10,200

Total Miles Driven: ~~[illegible]~~ 250

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 4-4-06
(Employee's Signature and Title/Position) (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 04-13-2006 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

A674-4-14-06
(BJD)

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 17, 2006 to May 1, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/ [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

MWD

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature)

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 10,200 Ending Odometer Reading: 10,450

Total Miles Driven: 250

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI 04-17-06

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 04-28-2006 |

To

Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From

Denise Jordan
D/I Denise Jordan
Group D-61

G/S
DJG·
5/1/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 1, 2006 to May 15, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015 [redacted] GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

5/1/6

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 10,440 Ending Odometer Reading: 10540

Total Miles Driven: 100

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan 05/15/2006

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

Subject
Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09)

Date
05-15-2005

To
Wilbert L. Plummer
Associate SAC

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

GIS
DJG/
5/15/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 16, 2006 to May 30, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official)    5-16-06 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 10,540    Ending Odometer Reading: 10,755

Total Miles Driven: 215

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI
(Employee's Signature and Title/Position)    05/30/06 (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

Subject
Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09)

Date
05-30-2006

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 30, 2006 to June 12, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

_(signature)_ 5-31-06
*(Signature and Title of Authorizing Official)*    *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 10,755    Ending Odometer Reading: 10,987
Total Miles Driven: 232

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI    06/12/06
*(Employee's Signature and Title/Position)*    *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 06-12-2006 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

GJS DJG 6-12-06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 13, 2006 to June 26, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015 [redacted]; GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)*    6/12/06 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 10,987    Ending Odometer Reading: 11,100

Total Miles Driven: 113

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)*    06/26/06 *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 06-26-2006 |

To Wilbert L. Plummer
Associate SAC

From D/I Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

GJS
DJG
6/26/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 26, ____ to July 10, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015 [redacted]; GFC1-05-9098, [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 6.28.07

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 11,100 Ending Odometer Reading: 11,560

Total Miles Driven: 460

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)*

07/10/07
*(Date)*

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 07-10-2006 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

GJS
DJG.
D-61
7/10/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 10, 2006 to July 24, 2006, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015 [redacted] GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 7/12/06 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 11,560 Ending Odometer Reading: 11840

Total Miles Driven: 280

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
(Employee's Signature and Title/Position) 7/21/06 (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 07-21-2006 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

GS D-61
DJG.

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 24, 2006 to August 7, 2006, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015/[redacted] GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

_(signature)_ 8-25-06
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 11,800 Ending Odometer Reading: 11,860

Total Miles Driven: 60

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI 08/07/2006
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 08-07-2006 |

To
Wilbert L. Plummer
Associate SAC
☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 7, 2006 to August 21, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015, [redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

8/7/6

(Signature and Title of Authorizing Official) (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 11,860 Ending Odometer Reading: 11,981

Total Miles Driven: 121

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI 08/21/2006

(Employee's Signature and Title/Position) (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 08-18-2006 |

To Wilbert L. Plummer
Associate SAC

From
Denise Jordan
D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

MAB
GLS
DJG.
8/18/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 21, 2006 to September 5, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015, [redacted] GFC1-05-9098, [redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

8/21/06

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 11,981 Ending Odometer Reading: 12,080

Total Miles Driven: 99

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 9/1/06

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-01-2006 |

To Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

NWP
G/S
DJG
9/1/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 5, 2006 to September 18, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 9/6/06 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,080 Ending Odometer Reading: 12,210

Total Miles Driven: 130

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* 09/18/06 *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-15-2006 |

To Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From [signature]
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 18, 2006 to October 2, 2006 for the purpose of *(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 9.18-06
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,210 Ending Odometer Reading: 12433
Total Miles Driven: 223

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI 09/29/06
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-29-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

BS P 65 R906 SMA 10/4/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 2, 2006 to October 16, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted] GFC1-05-3098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 10-6-06
*(Signature and Title of Authorizing Official)* *(Date)*

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,433 Ending Odometer Reading: 10,586

Total Miles Driven: 153

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I 10/13/06
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 10-13-2006 |

To Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

RLS 10-13-06
GLS DJG 10/13/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 16, 2006 to October 30, 2006 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 10.13.06

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,586 Ending Odometer Reading: 12,703

Total Miles Driven: 117

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) (Date) 10/26/06

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

PAGE 04/05

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 10-27-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

G/S
DJ6
10/27/06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 30, 2006 to November 13, 2006 for the purpose of

(give statement of field work assignment) Field Work For: C1-03-2033 [redacted] C1-06-2015/ [redacted] GFC1-05-9098 [redacted] and C1-05-2013 [redacted] Investigation.

10/27/06

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 10/30/06 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,703 Ending Odometer Reading: 12990

Total Miles Driven: 1287

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D4
(Employee's Signature and Title/Position) 11/13/2006 (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

OCT-27-2006 10:19 DEA BUFFALO 7165513398 P.03/05



DEA-349-Jordan- 063

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 11-13-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 13, 2006 to November 27, 2006 for the purpose of

GJS
DJG
11/13/06
RA

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

11/13/6
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 12,990 Ending Odometer Reading: 13,120

Total Miles Driven: 130

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, DI 11/27/2006
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 11-27-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 27, 2006 to December 11, 2006 for the purpose of

GJS DJG 11/27/06

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted] GFC1-05-9098 [redacted] and C1-05-2018 [redacted] Investigation.

R/S 11-27-06

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 11/27/06

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 13,120 Ending Odometer Reading: 13,294

Total Miles Driven: 174

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)* *(Date)* 12/11/06

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice
Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 12-11-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 11, 2006 to December 25, 2006 for the purpose of *(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

G/S
DJL
12/11/06

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

12/11/6

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 13,294 Ending Odometer Reading: 13,434

Total Miles Driven: 140

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 12/20/06

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 12-20-2006 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

G\S DJG 12\22\06

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 25, 2006 to January 8, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted]; GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 12.27.06

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 13,434 Ending Odometer Reading: 13,530
Total Miles Driven: 90

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) (Date) 01/08/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 01-08-2007 |

To
Wilbert L. Plummer
Associate SAC
☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

GLS
DJG
1/4/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 8, 2007 to January 22, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted] C1-06-2015/[redacted] GFC1-05-9098/[redacted] and C1-05-2018 [redacted] Investigation.

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 1/5/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 13,530 Ending Odometer Reading: 13,874
Total Miles Driven: 344

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan / D/I
*(Employee's Signature and Title/Position)* *(Date)* 01/19/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 01-19-2007 |

To
Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 22, 2007 to Februrary 5, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-07-2024 [redacted]; C1-07-2029 [redacted] GFC1-07-9098 [redacted] and C1-05-2018 [redacted]

G/S DJG 1/19/07 RH

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 1/22/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 13,874 Ending Odometer Reading: 13,965

Total Miles Driven: ****** 91

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* *(Date)* 2-5-07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 02-02-2007 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 5, 2007 to Februrary 19, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]
C1-07-2024 [redacted]; C1-07-2029 [redacted]
GFC1-07-9098 [redacted] and C1-05-2018 [redacted]

RH

GLS|D-61
DJG.
2/1/07

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 2/2/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 14,005 Ending Odometer Reading: 14,294

Total Miles Driven: 289

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
(Employee's Signature and Title/Position) (Date) 02/19/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 02-15-2007 |

To: Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From: Denise Jordan
D/I Denise Jordan
Group D-61

G/S
DJG
2/15/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 19, 2007 to March 5, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-03-2033 [redacted]; C1-07-2024 [redacted]; C1-07-2029 [redacted] GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 2/16/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 14,294 Ending Odometer Reading: 14,464

Total Miles Driven: 170

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)* *(Date)* 03/05/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 03-05-2007 |

To Wilbert Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 5, 2007 to March 19, 2007 for the purpose of *(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2024 [redacted]; C1-07-2029 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

GJS DJL 3/5/07 RJJ

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 3/6/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 14,470 Ending Odometer Reading: 14,685

Total Miles Driven: 215

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) (Date) 03-28-2007

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Versior

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 03-15-2007 |

To
Wilbert Plummer
Associate SAC

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From
Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 19, 2007 to April 2, 2007 for the purpose of

GLS DJG DLA 3/15/07

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2024 [redacted] C1-07-2029 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 3/21/7
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 14,685 Ending Odometer Reading: 15,000

Total Miles Driven: 315

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I 04/02/2007
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 03-29-2007 |

To
Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 2, 2007 to April 16, 2007 for the purpose of *(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted] C1-07-2024 [redacted] C1-07-2029 [redacted] GFC1-07-9098 [redacted] and C1-05-2018 [redacted]

GLS DTG 3/30/07

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 3/29/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 15,000 Ending Odometer Reading: 15,230

Total Miles Driven: 230

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
(Employee's Signature and Title/Position) (Date) 04/16/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09). | 04-12-2007 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

6/5 DJG D-61 4/13/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 16, 2007 to April 30, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted] C1-07-2024 [redacted]; C1-07-2029 [redacted]; GFC1-07-9098 [redacted] and C1-05-2018 [redacted]

RA

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 4/11/07
*(Signature and Title of Authorizing Official)*    *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 15,230    Ending Odometer Reading: 15,667
Total Miles Driven: 455

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I    04/30/07
*(Employee's Signature and Title/Position)*    *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 04-26-2007 |

To Wilbert L. Plummer
Associate SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From [signature] D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 30, 2007 to May 14, 2007 for the purpose of

GLS
DJG
4/27/07

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2024 [redacted]; C1-07-2029 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 4/27/07

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 15,667 Ending Odometer Reading: 15,974
Total Miles Driven: 307

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 05/14/07

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 05-09-2007 |

To: Wilbert L. Plummer
Associate SAC

From: Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

GS DJG 5/11/07 RA

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 14, 2007 to May 28, 2007 for the purpose of *(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2024 [redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 5/15/07
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 15,974 Ending Odometer Reading: 16,650

Total Miles Driven: 626

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 05/25/07
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 05-24-2007 |

To Wilbert L. Plummer
Associate SAC

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

GS DJG 5/24/07 D-61 RA

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 28, 2007 to June 11, 2007 for the purpose of *(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2054 [redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 5/30/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 16,540 Ending Odometer Reading: 16,650

Total Miles Driven: 210

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
*(Employee's Signature and Title/Position)* *(Date)* 6/12/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 06-12-2007 |

To Wilbert L. Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

6/15 DJ 6/11/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 11, 2007 to June 25, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2054 ([redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

_(Signature and Title of Authorizing Official)_ (Date) 6-13-07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 16,650 Ending Odometer Reading: 16,700

Total Miles Driven: 50

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
_(Employee's Signature and Title/Position)_ (Date) 06/21/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 06-21-2007 |

To Wilbert L. Plummer
AssocIate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

BY Ackers 6/5

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from June 25, 2007 to July 9, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]
C1-07-2054 [redacted] GFC1-07-9098 [redacted] and
C1-05-2018 [redacted]

RA

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 6.26.07 *(Date)*

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 16,700 Ending Odometer Reading: 16,832

Total Miles Driven: 132

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I *(Employee's Signature and Title/Position)* 7/9/07 *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in Je:Form 5.2 Version

TOTAL P.07

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 07-09-2007 |

To
Wilbert L. Plummer
Associate SAC
Special Agent in Charge
Country Attache
Office Head
Laboratory Chief
Resident Agent in Charge

From
GS Daniel J. Silly for
DI Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 9, 2007 to July 23, 2007 for the purpose of

(give statement of field work assignment) Field Work For: C1-06-2036 [redacted] C1-07-2054 [redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-01070

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 7/10/07

TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:

Beginning Odometer Reading: 16,832 Ending Odometer Reading: 16,943
Total Miles Driven: 111

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) (Date) 07/19/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

P.07/07 7165513396 DEA ** TOTAL PAGE.07 ** JUL-10-2007 11:54

# Memorandum

Subject
Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09)

Date
07-19-2007

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from July 23, 2007 to August 6, 2007 for the purpose of

GLS DJG 7/23/07

RA

*(give statement of field work assignment)* Field Work For: C1-05-2036 [redacted]
C1-07-2054 [redacted] GFC1-07-9098/[redacted] and
C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

Ass— 7/24/07
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 16,943 Ending Odometer Reading: 17,223
Total Miles Driven: 280

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 08/06/07
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 08-01-2007 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan

D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 6, 2007 to August 20, 2007 for the purpose of *(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted] C1-07-2054 [redacted]; GFC1-07-9098/[redacted] and C1-05-2018 [redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles    OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

Kevin Kushell    8/2/2007
(Signature and Title of Authorizing Official)    (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 17,223    Ending Odometer Reading: 17,443
Total Miles Driven: 220

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI    08/16/07
(Employee's Signature and Title/Position)    (Date)

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 08-16-2007 |

To Wilbert L. Plummer
Associate SAC

From Denise Jordan
D/I Denise Jordan
Group D-61

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

GJS
DJL
8/16/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from August 20, 2007 to September 3, 2007 for the purpose of

RW

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]
C1-07-2054 [redacted] GFC1-07-9098, [redacted]
[redacted] (Distributor C1-07-2039 and Exporter C1-07-2038)

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

[signature] 8/17/07
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 17,443 Ending Odometer Reading: 18,050

Total Miles Driven: 607

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan 08/30/07
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-30-2007 |

To Wilbert L. Plummer
Associate SAC

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
D/I Denise Jordan
Group D-61

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 3, 2007 to September 17, 2007 for the purpose of

GLS DJL 8-30-07 RA

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 8/30/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,050 Ending Odometer Reading: 18,150

Total Miles Driven: 100

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)* *(Date)* 09/13/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-13-2007 |

To Wilbert L. Plummer
Associate SAC

From D/I Denise Jordan
Group D-61

BY ABS 9-17-07

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from September 17, 2007 to October 1, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 9/17/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,150 Ending Odometer Reading: 18,300

Total Miles Driven: 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

DI Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 09-27-07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 09-27-2007 |

To: Wilbert L. Plummer
Associ§te SAC

- ☐ Special Agent in Charge
- ☐ Country Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From: Denise Jordan
D/I Denise Jordan
Group D-61

Gls
DIL 10-61
9/27/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 1, 2007 to October 15, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]
C1-07-2054 [redacted] GFC1-07-9098/[redacted]

RJC

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 9/27/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,300 Ending Odometer Reading: 18405

Total Miles Driven: 105

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

DI Denise Jordan
*(Employee's Signature and Title/Position)* *(Date)* 10/11/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | 10-11-2007 |

To: Wilbert L. Plummer
Associate SAC

From: Denise Jordan
D/I Denise Jordan
Group D-61

- [ ] Special Agent in Charge
- [ ] Country Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

A/DPM
DJG
10-12-07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 15, 2007 to October 29, 2007 for the purpose of

*(give statement of field work assignment)* Field Work For: C1-06-2036 [redacted]; C1-07-2054 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State) 68-19 Nansen Street
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 10/12/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,405 Ending Odometer Reading: 18,550

Total Miles Driven: 145

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) (Date) 10/25/07

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice • Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 10-25-2007 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

GLS/ADM
DJG
10/26/07

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from October 29, 2007 to November 12, 2007 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted] GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St.,
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 10/26/07
(Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,550 Ending Odometer Reading: 18,650
Total Miles Driven: 100

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
(Employee's Signature and Title/Position) 11/08/2007
(Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-08-2007 |

To

Wilbert L. Plummer
Associate SAC

11/8/07

- [x] Special Agent in Charge
- [ ] County Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 12, 2007 to November 26, 2007 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted];
C1-07-2058 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

_____ *(Signature and Title of Authorizing Official)* 11/9/07 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,650 Ending Odometer Reading: 18,730

Total Miles Driven: 80

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan *(Employee's Signature and Title/Position)* 11/26/07 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 11-21-2007 |

To

Wilbert L. Plummer
Associate SAC

- [x] Special Agent in Charge
- [ ] County Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From: *Denise Jordan*

Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from November 26, 2007 to December 10, 2007 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]; C1-07-2058 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 11/21/07

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,730 Ending Odometer Reading: 18880

Total Miles Driven: 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

*Denise Jordan DI*
*(Employee's Signature and Title/Position)* *(Date)* 12/10/07

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice · Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 12-10-2007 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from December 10, 2007 to December 24, 2007 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]; C1-07-2058 [redacted]; GFC1-07-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 18,880 Ending Odometer Reading: 19,040

Total Miles Driven: 160 -

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

G/S GILLEN FOR D. JORDAN / LEAVE...

*(Employee's Signature and Title/Position)* 12/24/07 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-07-2007 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 7, 2008 to January 21, 2008 For the purpose of

GLS DJL 1/7/07

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted] C1-07-2058 [redacted] GFC1-08-9098 [redacted]

RA

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 1/7/08

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19,040 Ending Odometer Reading: 19,200

Total Miles Driven: 160

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI — 01-17-08

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
| --- | --- |
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-17-2008 |

To
Wilbert L. Plummer
Associate SAC

- ☒ Special Agent in Charge
- ☐ County Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from January 21, 2008 to February 4, 2008 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098 [redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

1/18/8
*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19,200 Ending Odometer Reading: 19,340
Total Miles Driven: 140

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

DI Denise Jordan 01/31/08
*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 01-31-2008 |

To

Wilbert L. Plummer
Associate SAC

- [x] Special Agent in Charge
- [ ] County Attache
- [ ] Office Head
- [ ] Laboratory Chief
- [ ] Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 4, 2008 to February 18, 2008 For the purpose of

GLS DJG 2/4 RA

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) 2/4/08 (Date)

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19,340

Ending Odometer Reading: 19,420

Total Miles Driven: 80

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan
(Employee's Signature and Title/Position) 02/13/08 (Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 02-14-2008 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from February 18, 2008 to March 3, 2008 For the purpose of

GIS
DJG
2/14/08

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098 [redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 2/14/08

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19420

Ending Odometer Reading: 19,560

Total Miles Driven: 140

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI
*(Employee's Signature and Title/Position)*

02/28/08
*(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 02-28-2008 |

To

Wilbert L. Plummer
Associate SAC

- ☒ Special Agent in Charge
- ☐ County Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 3, 2008 to March 17, 2008 For the purpose of

A/DPM DJ 2/26/08 RA

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted] C1-07-2058 [redacted] GFC1-08-9098 [redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

(Signature and Title of Authorizing Official) (Date) 2/28/08

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19560

Ending Odometer Reading: 19,710

Total Miles Driven: 150

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I
(Employee's Signature and Title/Position)

03/17/08
(Date)

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

Subject

Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09)

Date

03-13-2008

To

Wilbert L. Plummer
Associate SAC

- ☒ Special Agent in Charge
- ☐ County Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

G/S DJG D-61 3/17/08

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 17, 2008 to March 31, 2008 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]; C1-07-2058 [redacted]; GFC1-08-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 3/19/08

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19,710 Ending Odometer Reading: 19,854

Total Miles Driven: 144

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan, D/I
*(Employee's Signature and Title/Position)* *(Date)* 03/26/08

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 03-27-2008 |

To

Wilbert L. Plummer
Associate SAC

- ☒ Special Agent in Charge
- ☐ County Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

GLS DJG 3/28/08

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from March 31, 2008 to April 14, 2008 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098/[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St.,
Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

3/28/08

*(Signature and Title of Authorizing Official)* *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 19,854

Ending Odometer Reading: 20,010

Total Miles Driven: 256

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI 04/10/08

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice · Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 04-10-2008 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

GJS DJL 4/11/08

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 14, 2008 to April 28, 2008 For the purpose of

SDS 4/11/08

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098 [redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 4/14/08 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 20,010

Ending Odometer Reading: 20,351

Total Miles Driven: 341

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI *(Employee's Signature and Title/Position)* 04-24-08 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice · Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 04-24-2008 |

To

Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

GLS
DJG
4/24/08

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from April 28, 2008 to May 12, 2008 For the purpose of

SDB
4/24/08

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted] GFC1-08-9098 [redacted] &
[redacted]

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

---

I certify that this home-to-work utilization is required for the performance of field work.

Kevin M. Kundell A/Assoc. SAC — *(Signature and Title of Authorizing Official)*

4/25/08 — *(Date)*

---

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 20, 351

Ending Odometer Reading: 20,980

Total Miles Driven: 629

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan DI — *(Employee's Signature and Title/Position)*

05/12/08 — *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

Subject

Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09)

Date

05-12-2008

To

Wilbert L. Plummer
Associate SAC

- ☒ Special Agent in Charge
- ☐ County Attache
- ☐ Office Head
- ☐ Laboratory Chief
- ☐ Resident Agent in Charge

From Denise Jordan

Denise Jordan
Diversion Investigator D-61
New York Field Division

GJS DJG 5/12/08

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 12, 2008 to May 26, 2008 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted] C1-07-2058 [redacted]; GFC1-08-9098 [redacted]

SDB 5/12/08

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* *(Date)* 5.14.08

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: 20, 880

Ending Odometer Reading: ______

Total Miles Driven: ______

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

Denise Jordan D/I *(Employee's Signature and Title/Position)* 05/22/08 *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

# Memorandum

U.S. Department of Justice • Drug Enforcement Administration

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (FFS 1120-09) | 05-22-2008 |

To
Wilbert L. Plummer
Associate SAC

☒ Special Agent in Charge
☐ County Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

B7
A65
5-22-08

From
Denise Jordan
Denise Jordan
Diversion Investigator D-61
New York Field Division

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my Residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from May 26, 2008 to June 9, 2008 For the purpose of

*(give statement of field work assignment)* Field work for: C1-06-2036 [redacted]
C1-07-2058 [redacted]; GFC1-08-9098 [redacted]

SDB 5/22/08

Home Address: (No., Street, City & State 68-19 Nansen St., Forest Hills, NY 11375

Distance from Office to Residence: 9 Miles OGV No. S-03-0107D

I certify that this home-to-work utilization is required for the performance of field work.

*(Signature and Title of Authorizing Official)* 5/23/08 *(Date)*

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: ______

Ending Odometer Reading: ______

Total Miles Driven: ______

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-01) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

EXHIBIT Plaintiffs 6

PENGAD 800-631-6989



| Key points and principles | Section(s) | Question(s) | Guidance |
|---|---|---|---|
| II. Section 15 of the Act allows agencies to enter into funding agreements with NAS and NAPA without the academies committees being "managed" or "controlled" | 102-3.185(c) | 1. Can an agency enter into a funding agreement with an academy which provides for the preparation of one or more academy reports containing advice or recommendations to the agency, to be developed by the academy by use of a committee created by the academy, without subjecting an academy to "actual management or control" by the agency? | A. Yes, if the members of the committee are selected by the academy and if the committee's meetings, deliberations, and the preparation of reports are all controlled by the academy. Under these circumstances, neither the existence of the funding agreement nor the fact that it contemplates use by the academy of an academy committee would constitute actual management or control of the committee by the agency. |

## PART 102-4—NONDISCRIMINATION IN FEDERAL FINANCIAL ASSISTANCE PROGRAMS [RESERVED]

## PART 102-5—HOME-TO-WORK TRANSPORTATION

### Subpart A—General


Sec.
102-5.5 Preamble.
102-5.10 What does this part cover?
102-5.15 Who is covered by this part?
102-5.20 Who is not covered by this part?
102-5.25 What additional guidance concerning home-to-work transportation should Federal agencies issue?
102-5.30 What definitions apply to this part?

Subpart B—Authorizing Home-to-Work Transportation

102-5.35 Who is authorized home-to-work transportation?
102-5.40 May the agency head delegate the authority to make home-to-work determinations?
102-5.45 Should determinations be completed before an employee is provided with home-to-work transportation?
102-5.50 May determinations be made in advance for employees who respond to unusual circumstances when they arise?
102-5.55 How do we prepare determinations?
102-5.60 How long are initial determinations effective?
102-5.65 What procedures apply when the need for home-to-work transportation exceeds the initial period?
102-5.70 What considerations apply in making a determination to authorize home-to-work transportation for field work?
102-5.75 What circumstances do not establish a basis for authorizing home-to-work transportation for field work?
102-5.80 What are some examples of positions that may involve field work?
102-5.85 What information should our determination for field work include if possible, rather than named individuals?
102-5.90 Should an agency consider whether to base a Government passenger carrier at a Government facility near the employee's home or work rather than authorize the employee home-to-work transportation?
102-5.95 Is the comfort and/or convenience of an employee considered sufficient justification to authorize home-to-work transportation?
102-5.100 May we use home-to-work transportation for other than official purposes?
102-5.105 May others accompany an employee using home-to-work transportation?

Subpart C—Documenting and Reporting Determinations

102-5.110 Must we report our determinations outside of our agency?
102-5.115 When must we report our determinations?
102-5.120 What are our responsibilities for documenting use of home-to-work transportation?


AUTHORITY: Sec. 205(c), 63 Stat. 390; 40 U.S.C. 486(c); 31 U.S.C. 1344(e)(1).

SOURCE: 65 FR 54966, Sept. 12, 2000, unless otherwise noted.

### Subpart A—General

**§ 102-5.5 Preamble.**

(a) The questions and associated answers in this part are regulatory in effect. Thus compliance with the written text of this part is required by all to whom it applies.

(b) The terms "we," "I," "our," "you," and "your," when used in this part, mean you as a Federal agency, an agency head, or an employee, as appropriate





**§ 102-5.10 What does this part cover?**

This part covers the use of Government passenger carriers to transport employees between their homes and places of work.

**§ 102-5.15 Who is covered by this part?**

This part covers Federal agency employees in the executive, judicial, and legislative branches of the Government, with the exception of employees of the Senate, House of Representatives, Architect of the Capitol, and government of the District of Columbia.

**§ 102-5.20 Who is not covered by this part?**

This part does not cover:

(a) Employees who are on official travel (TDY); or

(b) Employees who are on permanent change of station (PCS) travel; or

(c) Employees who are essential for the safe and efficient performance of intelligence, counterintelligence, protective services, or criminal law enforcement duties when designated in writing as such by their agency head.

**§ 102-5.25 What additional guidance concerning home-to-work transportation should Federal agencies issue?**

Each Federal agency using Government passenger carriers to provide home-to-work transportation for employees who are essential for the safe and efficient performance of intelligence, counterintelligence, protective services, or criminal law enforcement duties should issue guidance concerning such use.

**§ 102-5.30 What definitions apply to this part?**

The following definitions apply to this part:

*Agency head* means the highest official of a Federal agency.

*Clear and present danger* means highly unusual circumstances that present a threat to the physical safety of the employee or their property when the danger is:

(1) Real; and

(2) Immediate or imminent, not merely potential; and

(3) The use of a Government passenger carrier would provide protection not otherwise available.

*Compelling operational considerations* means those circumstances where home-to-work transportation is essential to the conduct of official business or would substantially increase a Federal agency's efficiency and economy.

*Emergency* means circumstances that exist whenever there is an immediate, unforeseeable, temporary need to provide home-to-work transportation for those employees necessary to the uninterrupted performance of the agency's mission. (An emergency may occur where there is a major disruption of available means of transportation to or from a work site, an essential Government service must be provided, and there is no other way to transport those employees.)

*Employee* means a Federal officer or employee of a Federal agency, including an officer or enlisted member of the Armed Forces.

*Federal agency* means:

(1) A department (as defined in section 18 of the Act of August 2, 1946 (41 U.S.C. 5a));

(2) An executive department (as defined in 5 U.S.C. 101);

(3) A military department (as defined in 5 U.S.C. 102);

(4) A Government corporation (as defined in 5 U.S.C. 103(1));

(5) A Government controlled corporation (as defined in 5 U.S.C. 103(2));

(6) A mixed-ownership Government corporation (as defined in 31 U.S.C. 9101(2));

(7) Any establishment in the executive branch of the Government (including the Executive Office of the President);

(8) Any independent regulatory agency (including an independent regulatory agency specified in 44 U.S.C. 3502(10));

(9) The Smithsonian Institution;

(10) Any nonappropriated fund instrumentality of the United States; and

(11) The United States Postal Service.

*Field work* means official work requiring the employee's presence at various locations other than his/her regular place of work. (Multiple stops

(itinerant-type travel) within the accepted local commuting area, limited use beyond the local commuting area, or transportation to remote locations that are only accessible by Government-provided transportation are examples of field work.)

*Home* means the primary place where an employee resides and from which the employee commutes to his/her place of work.

*Home-to-work transportation* means the use of a Government passenger carrier to transport an employee between his/her home and place of work.

*Passenger carrier* means a motor vehicle, aircraft, boat, ship, or other similar means of transportation that is owned (including those that have come into the possession of the Government by forfeiture or donation), leased, or rented (non-TDY) by the United States Government.

*Work* means any place within the accepted commuting area, as determined by the Federal agency for the locality involved, where an employee performs his/her official duties.

## Subpart B—Authorizing Home-to-Work Transportation

**§ 102-5.35 Who is authorized home-to-work transportation?**

By statute, certain Federal officials are authorized home-to-work transportation, as are employees who meet certain statutory criteria as determined by their agency head. The Federal officials authorized by statute are the President, the Vice-President, and other principal Federal officials and their designees, as provided in 31 U.S.C. 1344(b)(1) through (b)(7). Those employees engaged in field work, or faced with a clear and present danger, an emergency, or a compelling operational consideration may be authorized home-to-work transportation as determined by their agency head. No other employees are authorized home-to-work transportation.

**§ 102-5.40 May the agency head delegate the authority to make home-to-work determinations?**

No, the agency head may not delegate the authority to make home-to-work determinations.

**§ 102-5.45 Should determinations be completed before an employee is provided with home-to-work transportation?**

Yes, determinations should be completed before an employee is provided with home-to-work transportation unless it is impracticable to do so.

**§ 102-5.50 May determinations be made in advance for employees who respond to unusual circumstances when they arise?**

Yes, determinations may be made in advance when the Federal agency wants to have employees ready to respond to:

(a) A clear and present danger;

(b) An emergency; or

(c) A compelling operational consideration.

NOTE TO § 102-5.50: Implementation of these determinations is contingent upon one of the three circumstances occurring. Thus, these may be referred to as "contingency determinations."

**§ 102-5.55 How do we prepare determinations?**

Determinations must be in writing and include the:

(a) Name and title of the employee (or other identification, if confidential);

(b) Reason for authorizing home-to-work transportation; and

(c) Anticipated duration of the authorization.

**§ 102-5.60 How long are initial determinations effective?**

Initial determinations are effective for no longer than:

(a) Two years for field work, updated as necessary; and

(b) Fifteen days for other circumstances.

**§ 102-5.65 What procedures apply when the need for home-to-work transportation exceeds the initial period?**

The agency head may approve unlimited subsequent determinations, when the need for home-to-work transportation exceeds the initial period, for no longer than:

(a) Two years each for field work, updated as necessary; and





(b) Ninety calendar days each for other circumstances.

**§ 102-5.70 What considerations apply in making a determination to authorize home-to-work transportation for field work?**

Agencies should consider the following when making a determination to authorize home-to-work transportation for field work:

(a) The location of the employee's home in proximity to his/her work and to the locations where non-TDY travel is required; and

(b) The use of home-to-work transportation for field work should be authorized only to the extent that such transportation will substantially increase the efficiency and economy of the Government.

**§ 102-5.75 What circumstances do not establish a basis for authorizing home-to-work transportation for field work?**

The following circumstances do not establish a basis for authorizing home-to-work transportation for field work:

(a) When an employee assigned to field work is not actually performing field work.

(b) When the employee's workday begins at his/her work; or

(c) When the employee normally commutes to a fixed location, however far removed from his/her official duty station (for example, auditors or investigators assigned to a defense contractor plant).

NOTE TO § 102-5.75: For instances where an employee is authorized home-to-work transportation under the field work provision, but performs field work only on an intermittent basis, the agency shall establish procedures to ensure that a Government passenger carrier is used only when field work is actually being performed. Although some employees' daily work station is not located in a Government office, these employees are not performing field work. Like all Government employees, employees working in a "field office" are responsible for their own commuting costs.

**§ 102-5.80 What are some examples of positions that may involve field work?**

Examples of positions that may involve field work include, but are not limited to:

(a) Quality assurance inspectors;

(b) Construction inspectors;

(c) Dairy inspectors;

(d) Mine inspectors;

(e) Meat inspectors; and

(f) Medical officers on outpatient service.

NOTE TO § 102-5.80: The assignment of an employee to such a position does not, of itself, entitle an employee to receive daily home-to-work transportation.

**§ 102-5.85 What information should our determination for field work include if positions are identified rather than named individuals?**

If positions are identified rather than named individuals, your determination for field work should include sufficient information to satisfy an audit, if necessary. This information should include the job title, number, and operational level where the work is to be performed (e.g., five recruiter personnel or, positions at the Detroit Army Recruiting Battalion).

NOTE TO § 102-5.85: An agency head may elect to designate positions rather than individual names, especially in positions where rapid turnover occurs.

**§ 102-5.90 Should an agency consider whether to base a Government passenger carrier at a Government facility near the employee's home or work rather than authorize the employee home-to-work transportation?**

Yes, situations may arise where, for cost or other reasons, it is in the Government's interest to base a Government passenger carrier at a Government facility located near the employee's home or work rather than authorize the employee home-to-work transportation.

**§ 102-5.95 Is the comfort and/or convenience of an employee considered sufficient justification to authorize home-to-work transportation?**

No, the comfort and/or convenience of an employee is not considered sufficient justification to authorize home-to-work transportation.

**§ 102-5.100 May we use home-to-work transportation for other than official purposes?**

No, you may not use home-to-work transportation for other than official purposes. However, if your agency has prescribed rules for the incidental use of Government vehicles (as provided in 31 U.S.C. note), you may use the vehicle in accordance with those rules in connection with an existing home-to-work authorization.

**§ 102-5.105 May others accompany an employee using home-to-work transportation?**

Yes, an employee authorized home-to-work transportation may share space in a Government passenger carrier with other individuals, provided that the passenger carrier does not travel additional distances as a result and such sharing is consistent with his/her Federal agency's policy. When a Federal agency establishes its space sharing policy, the Federal agency should consider its potential liability for and to those individuals. Home-to-work transportation does not extend to the employee's spouse, other relatives, or friends unless they travel with the employee from the same point of departure to the same destination, and this use is consistent with the Federal agency's policy.

## Subpart C—Documenting and Reporting Determinations

**§ 102-5.110 Must we report our determinations outside of our agency?**

Yes, you must submit your determinations to the following Congressional Committees:

(a) Chairman, Committee on Governmental Affairs, United States Senate, Suite SD-340, Dirksen Senate Office Building, Washington, DC 20510-6250; and

(b) Chairman, Committee on Governmental Reform, United States House of Representatives, Suite 2157, Rayburn House Office Building, Washington, DC 20515-6143.

**§ 102-5.115 When must we report our determinations?**

You must report your determinations to Congress no later than 60 calendar days after approval. You may consolidate any subsequent determinations into a single report and submit them quarterly.

**§ 102-5.120 What are our responsibilities for documenting use of home-to-work transportation?**

Your responsibilities for documenting use of home-to-work transportation are that you must maintain logs or other records necessary to verify that any home-to-work transportation was for official purposes. Each agency may decide the organizational level at which the logs should be maintained and kept. The logs or other records should be easily accessible for audit and should contain:

(a) Name and title of employee (or other identification, if confidential) using the passenger carrier;

(b) Name and title of person authorizing use;

(c) Passenger carrier identification;

(d) Date(s) home-to-work transportation is authorized;

(e) Location of residence;

(f) Duration; and

(g) Circumstances requiring home-to-work transportation.

## PARTS 102-6—102-30 [RESERVED]

Classification Code: 6124

**ORDER: 04-A-012**

**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
**NEW YORK FIELD DIVISION**

99 TENTH AVENUE
NEW YORK, NY 10011

**SUBJECT: HOME TO WORK USAGE OF OGVs** **DATE: May 6, 2004**

---

**A. PURPOSE**

To set the maximum one-way distance which an authorized employee will be permitted to travel in an Official Government Vehicle (OGV) under the guidelines of Home-To-Work Usage-of-Official Government Vehicles (FFS: 190-06).

**B. BACKGROUND**

Special Agents, Diversion Investigators, and Task Force Officers are often authorized to store assigned OGVs at their residences to promote the safe and efficient performance of their law enforcement duties. The employee may be granted authorization to drive the vehicle to and from the employee's residence when it is in the best interests of DEA that the employee has ready access to an OGV. This authorization is documented on form DEA 349b or 349c as appropriate.

Currently 41 C.F.R. 101-6.402 states that each Federal agency shall consider the location of the employee's residence prior to authorizing home-to-work transportation. Such transportation shall be authorized only within the usual commuting area for the local area of the employee's place of employment. Consequently, it is up to the DEA to consider where an employee resides before authorizing home-to-work transportation.

**C. POLICY**

The policy of the New York Field Division for qualification for home-to-work OGV usage authorization shall be that the one-way distance for an employee from their residence to 99 Tenth Avenue shall not exceed 75 miles. This includes employees assigned to the New York Field Office (including POD offices in Westchester and Mid-Hudson), New York Drug Enforcement Task Force, the Long Island Resident Office and the JFK Airport Office. The official determinant of the 75-mile distance will be the Hagstrom 75-Mile Radius Map posted in the vehicle section of the NYFD Administrative Office. The 75-mile rule will be



PENGAD 800-631-6989 EXHIBIT Plaintiff's 7

strictly adhered to. For employees assigned to resident offices, the maximum distance from their office shall be 50 miles.

## D. RESPONSIBILITY

It is the responsibility of first line supervisors to insure that all personnel assigned OGVs complete the required forms 349b or 349c as appropriate. The 349b and 349c forms will be forwarded to the appropriate Associate SAC, through the chain of command for final review and approval. Federal Regulation and Administrative Manual Notice dated September 7, 1989, regarding Chapter 0326.7, requires certification for home-to-work OGV usage for all Special Agent, Task Force Officer, and other criminal investigator personnel who are authorized OGV take home privileges, and completion of a Form 349b on a quarterly basis. The forms must be completed at the beginning of every quarter and when the assignment of an OGV changes. Certification of Special Agents, Task Force Officers, and other criminal investigator personnel who are assigned OGVs will also occur on an annual basis by the SAC. This may be accomplished by issuing a single comprehensive memorandum rather than through individual DEA Form 349b.

Diversion Investigators, Intelligence Analysts, and other personnel who may be authorized short-term home-to-work OGV usage must complete Form 349c. Authorization on Form 349c is to be done on a case-by-case basis, for a time period not to exceed 15 calendar days per authorization.

## E. EFFECTIVE DATE

This order becomes effective upon publication and distribution.

Anthony P. Placido
Special Agent in Charge