IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZORAIDA GONZALEZ, et al., Plaintiffs, | ) |
| v. | ) Case No. 07-790C (Judge Emily C. Hewitt) |
| THE UNITED STATES, Defendant. | ) |

**DECLARATION OF JULES BERNSTEIN**

Jules Bernstein, declares pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1. I am counsel of record in the above-captioned case.

2. A purpose of this lawsuit was to obtain FLSA non-exempt status for the plaintiffs. Defendant has converted the plaintiffs to FLSA non-exempt status.

3. On June 16, 2008, under RCFC 30(b)(6) I noticed the deposition of a representative of the Drug Enforcement Administration ("DEA"). The subject of the deposition was to be as follows:

> 1. The customs, practices, policies, instructions, guidelines, rules, laws and regulations in effect and as applied at and by DEA relating to the driving of government vehicles between home and work by occupational code 1801 Diversion Investigators employed by DEA commencing 2003 to date.

4. Thereafter, on July 17, 2008, I deposed Gary L. Boggs, who was designated by defendant as its RCFC 30(b)(6) witness. The deposition transcript of witness Boggs appears as Plaintiffs' Appendix Exhibit 17.

5. With respect to the documents referred to in Plaintiffs' Appendix as Plaintiffs' Exhibits 5 through 18 I affirm that they are true and correct copies of the originals or copies thereof.

I, Jules Bernstein, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2008

**s/Jules Bernstein**
JULES BERNSTEIN