# In the United States Court of Federal Claims

No. 07-790 C

(E-Filed: September 4, 2008)

| | |
|---|---|
| ZORAIDA GONZALEZ, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion). Defendant requests an enlargement of time up to and including September 9, 2008 within which to respond to plaintiff's motion for summary judgment with respect to the driving-time issue and proposed findings of uncontroverted fact accompanying the motion.

Based on the representations contained in the Motion, the Motion is GRANTED. Defendant shall file its response on or before September 9, 2008. Plaintiff shall file its reply in conformance with the Rules of the Court of Federal Claims (RCFC).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge