IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZORAIDA GONZALEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-790C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56(h)(1) of the rules of this Court, defendant, the United States, respectfully submits these proposed findings of uncontroverted fact:

1. During the times relevant to this motion and plaintiffs' motion, plaintiffs were employed by the Drug Enforcement Administration ("DEA") as Diversion Investigators. Complaint ¶ 1.

2. The role of the Diversion Investigator is to investigate suspected sources of diversion of controlled pharmaceuticals and regulated chemicals from the legitimate channels in which they are manufactured, distributed and dispensed, and to initiate appropriate administrative, civil and/or criminal action against them. Pl. App. 159.[1]

3. When DEA assigns Government vehicles to Diversion Investigators for commuting between home and work, the basis for doing so is that such transportation is "required for the performance of field work " within the meaning of 31 U.S.C. § 1344(a)(2)(A). Pl. App. 184, 207.

4. To obtain authorization to utilize a Government vehicle upon this basis, a Diversion Investigator must submit a DEA Form 349-C, Pl. App. 183, containing a certification that this utilization "is necessary to conduct field work which requires travel directly between

---

[1] "Pl. App." refers to the appendix to plaintiffs' motion for partial summary judgment.

my residence and a distant location other than my official duty station." See, e.g., Pl. App. 1. No representation is required concerning any need to drive the vehicle during the course of the field work, or any need to be at more than one field work location during any given work day. Id.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

**s/Todd M. Hughes**
TODD M. HUGHES
Deputy Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed electronically**

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

September 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2008, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**